**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FARMAN AZIMI,**<br><br>***Petitioner*,**<br>**v.**<br><br>**PIERRE MILLER,** *Security Director of Camp East Montana Detention Center, in their official capacity*;<br>**TODD LYONS,** *Acting Director of Immigration and Customs Enforcement, in their official capacity*;<br>**DAREN MARGOLIN,** *EOIR Director, U.S. Department of Justice, in their official capacity*;<br>**KRISTI NOEM,** *Secretary, U.S. Department of Homeland Security, in their official capacity*; **and**<br>**PAMELA BONDI,** *U.S. Attorney General, in their official capacity*,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00556-DCG** |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Pursuant to the parties' "Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii)" (ECF No. 5), the Court **DISMISSES** the above-captioned case.[1]

That dismissal is **WITHOUT PREJUDICE.**[2]

Each party shall bear his or her own costs, expenses, and fees.[3]

The Court **CLOSES** the case.

---

[1] *See* FED. R. CIV. P. 41(a)(1)(A) ("[T]he plaintiff may dismiss an action without a court order by filing . . . (ii) a stipulation of dismissal signed by all parties who have appeared.").

[2] *Compare* FED. R. CIV. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice."), *with* Stipulation, ECF No. 5, at 1 (failing to explicitly specify whether the dismissal is with or without prejudice).

[3] *See* Stipulation at 1.

**So ORDERED and SIGNED this 1st day of September 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**